BENOIT WASSERMAN, Respondent, *v.* EDITH S. JACOBS, Appellant, Impleaded with Others.

*Wasserman* v. *Jacobs*, 130 App. Div. 902, affirmed.
(Argued March 4, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special ·Term in an action to foreclose a mortgage on real property.

*Franklin Bien* for appellant.

*Sidney Lowenthal* and *Ira Leo Bamberger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.